JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S.,<br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 19-10214 PVC<br><br>**JUDGMENT** |

Pursuant to the Court's concurrently-filed Order Granting Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g),

IT IS HEREBY ADJUDGED that this action is remanded to the Commissioner for further proceedings and dismissed without prejudice.

DATED: April 6, 2020

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE